UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> YOOX NET-A-PORTER GROUP S.P.A., <br><br> Defendants. | Case No. 18-cv-06051-SI  (SI) <br><br> **PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: May 10, 2019 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: July 12, 2019.

DESIGNATION OF EXPERTS: August 9, 2019; REBUTTAL: September 13, 2019;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: October 4, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; November 1, 2019;
    Opp. Due: November 15, 2019; Reply Due: November 22, 2019;
    and set for hearing no later than December 6, 2019 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 28, 2020 at 3:30 PM.

JURY TRIAL DATE: February 10, 2020 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 3 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties have agreed to participate in private mediation by April 2019.
By 1/25/19, counsel shall notify the Court of the mediator selected and the date the session has been scheduled.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 1/14/19

SUSAN ILLSTON
United States District Judge